# EXHIBIT 1

Case: 1:16-cv-08074 Document #: 35-1 Filed: 01/05/17 Page 2 of 2 PageID #:268




**Loan Number** ███████

673 N Charlotte St
Lombard, IL 60148

## Payments and Amounts Due

Main Menu

**May 1, 2015**

**$2,453.89**

Make Payment

You have an upcoming appointment on:
Thursday, April 02, 2015
04:30 PM, Central Time

No New Items

Upload Documents

Check status of your application

| | |
|---|---|
| Next Payment Due Date: | 05/01/2015 |
| Next Payment Amount: | $2,453.89 |
| Escrow Portion: | $1,381.86 |
| Last Payment Received: | 02/17/2015 |
| Amount of Last Payment Received: | $90.00 |

Handwritten note: "? M.S - Veronica Joya — this includes taxes. P. Insurance Association fee. PLZ. Verify in detail. Thanks"

| | |
|---|---|
| Unpaid Principal Balance: | $488,865.70 |
| Original Principal Balance: | $448,000.00 |
| Escrow Balance: | ($90,256.78) |
| Length of the Loan (Months): | 360 |
| Origination Date: | 01/26/2006 |
| Maturity Date: | 02/01/2036 |
| Interest Rate (%): | 6.625 |

Handwritten: "2-3"

Make Payment    Payment History    Fee Schedule    Payment Confirmation Letter    Recent or Upcoming Payment Changes

Notify Ocwen that I made a Payment    Reinstatement Quote    Payment Remittance Coupon    Ways to Make Payments    Payoff Quote

Track One Time Free Payments    Account Statements

2015 © Ocwen Financial Corporation. All Rights Reserved.
NMLS# 1852



Contact Us | Web Terms and Conditions | Privacy Policy 

Ocwen000310