**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHAHNAAZ A.R. KAHN f/k/a SHAHNAAZ A. AZEEM,     Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION  File No. 16-cv-08074  JURY TRIAL DEMANDED  Honorable Manish S. Shah  Magistrate Judge Mary M. Rowland |
| v. | | |
| ONEWEST BANK, F.S.B. and OCWEN LOAN SERVICING, LLC, | | |
| Defendants. | | |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF MARA A. BALTABOLS**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Shahnaaz A.R. Khan f/k/a Shahnaaz Azeem ("Plaintiff") moves the Court for leave to withdraw the appearance of Mara A. Baltabols as attorney for Plaintiff as follows:

1. On August 14, 2016, Mara A. Baltabols ("Ms. Baltabols") filed a Notice of Appearance to represent the Plaintiff in the above-captioned matter. [DKT #4.]

2. Other attorneys of Sulaiman Law Group, Ltd. have also filed an appearance on behalf of the Plaintiff in this matter.

3. After October 23, 2017, Ms. Baltabols is no longer with Sulaiman Law Group, Ltd., and accordingly will no longer be representing the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant Mara A. Baltabols leave to withdraw as Attorney for Plaintiff.

*/s/Mara A. Baltabols*
Attorney for Plaintiff
Mara A. Baltabols – ARDC # 6299033
Sulaiman Law Group Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148